FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TRACY K. H.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

NO: 1:19-CV-3248-RMP

ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

BEFORE THE COURT is Magistrate Judge Rodgers' Report and Recommendation, ECF No. 7, regarding Tracy H.'s[1] Application to Proceed *In Forma Pauperis*, ECF No. 2. Magistrate Judge Rodgers recommends denying Tracy's application. Upon review of the application and the record, this Court agrees that the application should be denied. Tracy's answers to questions three and four of the Application illustrate that she has sufficient funds to pay the filing fee.

---

[1] In the interest of protecting Plaintiff's privacy, the Court will use Plaintiff's first name and last initial, and, subsequently, Plaintiff's first name only, throughout this decision.

ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 7**, is **adopted in its entirety**.

2. Plaintiff's Application to Proceed *In Forma Pauperis*, **ECF No. 2**, is **DENIED**.

3. Plaintiff shall pay the full filing fee and administrative fee no later than **December 22, 2019**, or this case will be dismissed without prejudice.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, to set a case management deadline, and to provide copies of this Order to counsel.

**DATED** November 22, 2019.

                                       *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                       United States District Judge