FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY K. H,<br><br>          Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | NO: 1:19-CV-3248-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On November 22, 2019, the Court entered an Order at ECF No. 10 adopting the Report and Recommendation of Magistrate Judge John T. Rodgers issued on October 18, 2019, at ECF No. 7. The Court determined that Plaintiff's answers to questions three and four of the Application to Proceed In Forma Pauperis ". . . illustrate that she has sufficient funds to pay the filing fee." ECF No. 10 at 1. The Court directed Plaintiff to proffer the full filing fee within thirty days or risk dismissal without prejudice.

/ / /

/ / /

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

To date, Plaintiff has failed to pay the full filing fee.  According, **IT IS HEREBY ORDERED** that this case is **dismissed without prejudice**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel and **close this case**.

**DATED** February 28, 2020.

                                 *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                    United States District Judge